◼ In the Matter of BONNIE STRUNK, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [899 NYS2d 682]—A certified copy of plea minutes having been filed showing that Bonnie Strunk was convicted of criminal tax fraud in the fourth degree, she is disbarred and her name is stricken from the roll of attorneys. Present—Martoche, J.P., Peradotto, Carni, Lindley and Green, JJ. (Filed Apr. 15, 2010.)

◼ In the Matter of LISA A. BLAIR, for Reinstatement to the Practice of Law in the State of New York. [899 NYS2d 723]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Martoche, J.P., Peradotto, Carni, Lindley and Green, JJ. (Filed Apr. 14, 2010.)

◼ In the Matter of GERALD B. COHEN, an Attorney, Resignor. [899 NYS2d 723]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Martoche, J.P., Peradotto, Carni, Lindley and Green, JJ. (Filed Mar. 26, 2010.)

◼ In the Matter of ROBERT M. STENGEL, an Attorney, Resignor. [900 NYS2d 234]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Martoche, J.P., Peradotto, Carni, Lindley and Green, JJ. (Filed Mar. 26, 2010.)